**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JERERICA STEEL** | **CASE NO. 6:20-CV-01474** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **IBERIABANK CORP.** | **MAGISTRATE JUDGE WHITEHURST** |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation, as modified and supplemented by the Court's Ruling issued this date, is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant's Motion to Dismiss [ECF No. 4] is GRANTED.

Signed at Lafayette, Louisiana, this 10th day of February, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE